**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Andre CLAIBORNE, Defendant— Appellant.**

**No. 09–6764.**

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 15, 2009.

Decided: Oct. 19, 2009.

Andre Claiborne, Appellant Pro Se. Peter Sinclair Duffey, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andre Claiborne appeals the district court's order denying his 18 U.S.C. § 3582 (2006) motion for reduction of sentence.

We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Claiborne,* No. 3:01–cr–00304–JRS–3 (E.D.Va. Feb. 24, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*